**DENY AND DISMISS and Opinion Filed July 8, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-22-00610-CV
_____

**DELORIS PHILLIPS, Appellant**

**V.**

**TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS'
COMPENSATION, FLEMING FOODS, INC., CORE-MARK HOLDING
CO., THE RAYMOND CORP., CIGNA INSURANCE CO., BANKERS
STANDARD INSURANCE CO., ESIS-CHUBB MANAGEMENT CORP.,
LIBERTY MUTUAL INSURANCE CO., UNITED PARCEL SERVICE,
INC., TEAMSTERS LOCAL UNION 767, CITY OF DALLAS
MUNICIPALITY, DALLAS COUNTY MUNICIPALITY, AND
DALLAS POLICE DEPARTMENT, Appellees**

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-06299

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellant's petition for permissive appeal. The petition

fails to meet each requirement set forth in Texas Rule of Appellate Procedure

28.3(a), (e). Accordingly, we deny the petition and dismiss the appeal for want of

jurisdiction. *See id*.; 42.3(a); *Draper v. Guernsey*, No. 03-15-00741-CV, 2016 WL

462763, at *2 (Tex. App.—Austin Feb. 3, 2016, pet. denied) (mem. op.) (dismissing

appeal for want of jurisdiction because appellant failed to obtain trial court order granting permission to pursue permissive appeal of interlocutory order).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


220610F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DELORIS PHILLIPS, Appellant

No. 05-22-00610-CV     V.

TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS' COMPENSATION, FLEMING FOODS, INC., CORE-MARK HOLDING CO., THE RAYMOND CORP., CIGNA INSURANCE CO., BANKERS STANDARD INSURANCE CO., ESIS-CHUBB MANAGEMENT CORP., LIBERTY MUTUAL INSURANCE CO., UNITED PARCEL SERVICE, INC., TEAMSTERS LOCAL UNION 767, CITY OF DALLAS MUNICIPALITY, DALLAS COUNTY MUNICIPALITY, AND DALLAS POLICE DEPARTMENT, Appellees

On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-06299. Opinion delivered by Chief Justice Burns. Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, we **DENY** the petition for permissive appeal and **DISMISS** the appeal.


Judgment entered this 7th day of July 2022.